IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 128,062

In the Matter of ALEJANDRO J. SOLORIO,
*Respondent*.


ORDER OF REINSTATEMENT


On December 27, 2024, the court suspended the respondent Alejandro J. Solorio from the practice of law in the state of Kansas for one year under Supreme Court Rule 225(a)(3) (2024 Kan. S. Ct. R. at 278). The court ordered it would stay the remaining suspension period after 90 days conditioned upon Solorio's successful participation and completion of a nine-month probation period subject to the terms set out in the amended probation plan. *In re Solorio*, 319 Kan. 810, 822, 560 P.3d 1178 (2024).

The parties have filed a joint motion to stay the remainder of the one-year suspension of Solorio's law license pending his successful completion of a nine-month probation period subject to the terms set out in the amended probation plan. The court grants the joint motion.

The court stays the remainder of the one-year period of suspension of Solorio's law license, reinstates his Kansas law license, and places Solorio on nine months' probation pursuant to the terms set forth in the amended probation plan.

The court conditions its stay of the suspension of Solorio's law license upon his compliance with the annual continuing legal education requirements and upon his payment of all attorney registration and continuing legal education (CLE) fees. See Supreme Court Rule 206 (2025 Kan. S. Ct. R. at 249) (attorney registration requirements); Supreme Court Rule 812(b) (2025 Kan. S. Ct. R. at 601) (CLE requirements for attorney suspended less than one year). The court directs that upon

1

receipt of proof of Solorio's completion of these conditions, the Office of Judicial Administration must enter Solorio's name on the roster of attorneys actively engaged in the practice of law in Kansas.

Absent any proceedings based on Solorio's violation of that probation under Supreme Court Rule 227(i) (2025 Kan. S. Ct. R. at 278), his probation will continue until the court specifically discharges him. See Rule 227(g), (h) (procedure for discharge upon successful completion of probation).

The court orders publication of this order in the official Kansas Reports and assesses any costs herein to Solorio.

Dated this 24th day of April 2025.